# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

127890

ENTECH PERSONNEL SERVICES, INC.,
      Plaintiff-Appellee,

v

FELICIANO TRANSPORT, INC., FELICIANO
LOGISTICS, INC., MANUEL FELICIANO,
DEIDRE FELICIANO, and MICHAEL
COCHRAN,
      Defendants-Appellees,

and

FALCON GROUP, INC., and DAVID
MACIEJEWSKI,
      Defendants-Appellants,

and

LEE YESH and NICOLE YESH,
      Defendants-Appellants,

and

JOHN VICK, MARIA VICK, and GREAT
LAKES JANITORIAL SERVICES, INC.,
      Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127890
COA: 249003
Oakland CC: 2002-042875-CZ

     On order of the Court, the application for leave to appeal the December 14, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

s0320

_____
Clerk